# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

DOUGLAS GROCH and ) Case No. 3:06-CV-1604
CHLOE GROCH, )
     ) Judge JAMES G. CARR
    Plaintiffs, )
     ) **ORDER OF**
vs. ) **DISMISSAL**
     ) **WITH PREJUDICE**
GENERAL MOTORS CORPORATION )
and KARD CORPORATION and )
RACINE FEDERATED INC. and )
JOHN DOES #1 THROUGH #3, )
     )
    Defendants. )

The parties Stipulation for Dismissal with Prejudice [Doc. # 83] represents to the Court that this case has been resolved in its entirety.  It is hereby

**ORDERED** that this case is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

SO ORDERED this 9th day of August, 2013.

                      s/James G. Carr
                      _____
                      Honorable Judge James G. Carr
                      Sr. United States District Judge